UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: MOLOCHNICK, JOHN P<br>MOLOCHNICK, FRANCINE G<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 06-01612 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 11/12/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2010          By: /s/BRADLEY J. WALLER_____
                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: MOLOCHNICK, JOHN P | § | Case No. 06-01612 |
| MOLOCHNICK, FRANCINE G | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $   6,003.59

*and approved disbursements of*      $   0.00

*leaving a balance on hand of* [1]      $   6,003.59

**Balance on hand:**      $   6,003.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:    $   0.00
Remaining balance:    $   6,003.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,350.36 | 0.00 | 1,350.36 |
| Trustee, Expenses - BRADLEY J. WALLER | 115.00 | 0.00 | 115.00 |

                 Total to be paid for chapter 7 administration expenses:   $    1,465.36
                 Remaining balance:    $    4,538.23

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

                 Total to be paid for priority claims:    $    0.00
                 Remaining balance:    $    4,538.23

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 95,683.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

Case 06-01612   Doc 69   Filed 10/19/10   Entered 10/19/10 15:35:00   Desc Main
          Document      Page 4 of 7

| 1 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 865.57 | 0.00 | 41.05 |
|---|---|---|---|---|
| 2 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 1,035.89 | 0.00 | 49.13 |
| 3 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 376.33 | 0.00 | 17.85 |
| 4 | eCAST Settlement Corporation | 3,542.90 | 0.00 | 168.04 |
| 5 | Portfolio Recovery Associates, LLC | 2,462.07 | 0.00 | 116.77 |
| 6 | Capital One Bank | 13,062.25 | 0.00 | 619.54 |
| 8 | eCAST Settlement Corporation assignee of JCPenney | 714.37 | 0.00 | 33.88 |
| 10 | American Express Travel Related Services Co Inc | 3,948.44 | 0.00 | 187.27 |
| 11 | American Express Centurion Bank | 29,059.93 | 0.00 | 1,378.30 |
| 14 | World Financial Network National Bank | 1,566.16 | 0.00 | 74.28 |
| 15 | eCast Settlement Corporation | 15,860.13 | 0.00 | 752.24 |
| 16 | eCast Settlement Corporation | 2,933.72 | 0.00 | 139.15 |
| 17 | HSBC Bank Nevada NA / HSBC Card Services III | 935.00 | 0.00 | 44.35 |
| 18 | eCAST Settlement Corporation | 10,640.78 | 0.00 | 504.69 |
| 19 | B-Real, LLC/Chase Bank USA, N.A. | 8,680.04 | 0.00 | 411.69 |

Total to be paid for timely general unsecured claims:   $   4,538.23
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | | | |

**UST Form 101-7-NFR (10/1/2010)**

| N/A |
|---|

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 06-01612   Doc 69   Filed 10/19/10   Entered 10/19/10 15:35:00   Desc Main
Document      Page 6 of 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2             Date Rcvd: Jun 22, 2009
Case: 06-01612                Form ID: b9a             Total Noticed: 37
```

The following entities were noticed by first class mail on Jun 24, 2009.
```
db/jdb      +John P Molochnick,   Francine G Molochnick,   PO Box 387,    Black Hawk, CO 80422-0387
aty         +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
             Batavia, IL 60510-3169
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
10608476     American Express,   Box 360002,   Ft. Lauderdale, FL 32336
10641195     American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
10608479     Bank of America,   Box 1758,   Newark, NJ 07101
10608477    +Bank of America,   Box 17402,   Baltimore, MD 21297-1402
10652142    +Bank of America N.A.,   475 Crosspoint Parkway,   P.O. Box 9000,   Getzville, NY 14068-9000
10608484     Chase,   Box 10004,   Kennesaw, GA 30156
10608485     Chase,   Box15153,   Wilmington, DE 19850
10608486     GE Money Bank,   Box 32896-0061,   Orlando, FL 32846
10680107     HSBC Bank Nevada NA / HSBC Card Services III,   by eCAST Settlement Corporation,   as its agent,
             POB 35480,   Newark NJ 07193-5480
10608487    +Home Depot,   Processing Center,   Des Moines, IA 50364-0001
10715892     Household Finance Corporation/Beneficial,   by eCAST Settlement Corporation,   as its agent,
             POB 35480,   Newark NJ 07193-5480
10608490    +Lane Bryant,   Box 659728,   San Antonio, TX 78265-9728
12076139    +Portfolio Recovery Associates, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
10608491   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial,   Box 5855,   Carol Stream, IL 60197)
10634371   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corp,   5005 N. River Blvd. NE,
             Cedar Rapids, IA 52411)
10613731    +WELLS FARGO FINANCIAL ILLINOIS, INC.,   4137 121ST ST.,   URBANDALE, IA 50323-2310
10608492    +Wells Fargo,   1248 N. Lake St.,   Aurora, IL 60506-2453
10608494    +Wells Fargo Financial,   Box 98798,   Las Vegas, NV 89193-8798
10840363    +Wells Fargo Home Mortgage,   625 Maryville Centre Drive,   Saint Louis, MO 63141-5834
10657414    +World Financial Network National Bank,   Lane Bryant Retail,   c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10675037   +++eCast Settlement Corporation,   PO Box 35480,   Newark, NJ 07193-5480
```

The following entities were noticed by electronic transmission on Jun 22, 2009.
```
10840362     EDI: PHINAMERI.COM Jun 22 2009 19:58:00     Americredit,   801 Cherry Street, Suite 3900,
             Fort Worth, TX 76102
10608475    +EDI: AMEREXPR.COM Jun 22 2009 19:58:00     American Express,   Box 650448,
             Dallas, TX 75265-0448
10648536     EDI: BECKLEE.COM Jun 22 2009 19:58:00     American Express Centurion Bank,
             c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10775940    +EDI: BLINE.COM Jun 22 2009 19:58:00     B-Real, LLC/Chase Bank USA, N.A.,   Mail Stop 550,
             2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10608477    +EDI: BANKAMER2.COM Jun 22 2009 19:58:00     Bank of America,   Box 17402,
             Baltimore, MD 21297-1402
10652142    +EDI: BANKAMER2.COM Jun 22 2009 19:58:00     Bank of America N.A.,   475 Crosspoint Parkway,
             P.O. Box 9000,   Getzville, NY 14068-9000
10608481    +EDI: HFC.COM Jun 22 2009 19:58:00     Beneficial,   Box 17574,   Baltimore, MD 21297-1574
10608483    +EDI: CAPITALONE.COM Jun 22 2009 19:58:00     Capital One,   Box 790216,
             Saint Louis, MO 63179-0216
10608482    +EDI: CAPITALONE.COM Jun 22 2009 19:58:00     Capital One,   Box 790217,
             Saint Louis, MO 63179-0217
10631264    +EDI: CAPITALONE.COM Jun 22 2009 19:58:00     Capital One Bank,   c/o TSYS Debt Management,
             P O Box 5155,   Norcross, GA 30091-5155
10640339    +EDI: CHASE.COM Jun 22 2009 20:05:00     Chase Bank, USA, NA,   Circuit City Visa Co-Brand Classic,
             P O Box 100018,   Kennesaw, GA 30156-9204
10631263     EDI: RMSC.COM Jun 22 2009 19:58:00     GE Consumer Finance,   P O Box 960061,
             Orlando, FL 32896-0061
10608488    +EDI: HFC.COM Jun 22 2009 19:58:00     HSBC,   Box 17051,   Baltimore, MD 21297-1051
10608489    +EDI: RMSC.COM Jun 22 2009 19:58:00     JC Penney,   Box 960001,   Orlando, FL 32896-0001
10613731    +EDI: WFFC.COM Jun 22 2009 19:58:00     WELLS FARGO FINANCIAL ILLINOIS, INC.,   4137 121ST ST.,
             URBANDALE, IA 50323-2310
10608494    +EDI: WFFC.COM Jun 22 2009 19:58:00     Wells Fargo Financial,   Box 98798,
             Las Vegas, NV 89193-8798
10840363    +EDI: WFFC.COM Jun 22 2009 19:58:00     Wells Fargo Home Mortgage,   625 Maryville Centre Drive,
             Saint Louis, MO 63141-5834
10635650     EDI: ECAST.COM Jun 22 2009 19:58:00     eCAST Settlement Corporation assignee of,
             General Electric/JCP CONSUMER,   POB 35480,   Newark NJ 07193-5480
                                                                                              TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10608480*    Bank of America,   Box 1758,   Newark, NJ 07101
10608478*   +Bank of America,   Box 17402,   Baltimore, MD 21297-1402
10608493*   +Wells Fargo,   1248 N. Lake St.,   Aurora, IL 60506-2453
11209717*    eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
                                                                                              TOTALS: 0, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jun 22, 2009
Case: 06-01612                Form ID: b9a             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2009                    Signature: *Joseph Speetjens*